**ORDERED.**

Dated: April 04, 2023

*[signature]*
Grace E. Robson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| HR North Dale Mabry, LLC, | ) | Case No. 8:21-bk-01958-GER |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |
| Dale Mabry Properties, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Adversary No. 8:21-ap-00215-GER |
| | ) | (State Court Case No. 19-CA-004824) |
| HR North Dale Mabry, LLC, a Florida limited liability company and Claire Clements, individually, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER DENYING MOTION FOR RECONSIDERATION

This matter came before the Court upon the Motion for Reconsideration[1] (Doc. No. 65) filed by Defendants HR North Dale Mabry, LLC and Claire Clements (the "Defendants"). The

---

[1] *Defendants' Motion for Reconsideration of Order (1) Granting Motion for Remand, (2) Remanding Case to State Court, and (3) Abstaining from Ruling on Motion to Stay Discovery and Motion to Transfer* (the "Motion for Reconsideration") (Doc. No. 65).

Defendants request that the Court reconsider the *Order (1) Granting Motion for Remand, (2) Remanding Case to State Court, and (3) Abstaining from Ruling on Motion to Stay Discovery and Motion to Transfer* (Doc. No. 63).

Pursuant to 28 U.S.C. § 1447(d), "[a]n order remanding a case to the State court from which it was removed is not reviewable on appeal or otherwise." "[A] federal court is barred from reconsidering its own remand order."[2] Accordingly, the Court finds that it is without jurisdiction to consider the Motion for Reconsideration, and it is

**ORDERED**:

1. The Motion for Reconsideration (Doc. No. 65) is **DENIED**.

# # #

Attorney Erik Johanson is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this Order.

---

[2] *Thakkar v. Good Gateway, LLC (In re Orlando Gateway Partners, LLC)*, No. 21-12925, 2022 WL 969674, at *1 (11th Cir. Mar. 31, 2022) (citing 28 U.S.C. § 1447(d)).